1  TERESA C. CHOW, Bar No. 237694
   *tchow@bakerlaw.com*
2  THEODORE J. WEISS, Bar No. 287338
   *tweiss@bakerlaw.com*
3  **BAKER & HOSTETLER LLP**
   11601 Wilshire Boulevard, Suite 1400
4  Los Angeles, CA  90025-0509
   Telephone:  310.820.8800
5  Facsimile:   310.820.8859

6  *Attorneys for Defendant*
   BOSLEY, INC.
7
   [*Additional counsel listed on next page*]
8

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| KEN HASHEMI, STEVE ALTES, SANDRA JOHNSON-FOSTER, GREGORY BOUTE, RAFAEL ARTIME, and JOHN BOWDEN as individuals and all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>BOSLEY, INC.,<br><br>            Defendant. | Case No.: 2:21-cv-00946 PSG (RAOx)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>[*Filed concurrently with (Proposed) Order*]<br><br>Case Filed:          02/09/21 |

M. ANDERSON BERRY, Bar No. 262879
*aberry@justice4you.com*
**CLAYEO C. ARNOLD**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: 916.777.7777
Facsimile: 916.924.1829

Jeffrey S. Goldenberg (admitted *pro hac vice*)
*jgoldenberg@g-legal.com*
**GOLDENBERG SCHNEIDER, LPA**
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
Telephone: 513.345.8297

Gary E. Mason (*pro hac vice* to be filed)
*gmason@masonllp.com*
David K. Lietz (admitted *pro hac vice*)
*dlietz@masonllp.com*
**MASON LIETZ & KLINGER LLP**
5301 Wisconsin Avenue, NW. Suite 305
Washington, DC 20016
Telephone: 202.429.2290

Gary M. Klinger (*pro hac vice* to be filed)
*gklinger@masonllp.com*
**MASON LIETZ & KLINGER LLP**
227 West Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 202.429.2290

Charles E. Schaffer (admitted *pro hac vice*)
*cschaffer@lfsblaw.com*
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: 215.592.1500

*Attorneys for Plaintiffs*
KEN HASHEMI, STEVE ALTES, SANDRA JOHNSON-FOSTER, GREGORY BOUTE, RAFAEL ARTIME, and JOHN BOWDEN

Plaintiffs KEN HASHEMI, STEVE ALTES, SANDRA JOHNSON-FOSTER, GREGORY BOUTE, RAFAEL ARTIME, and JOHN BOWDEN ("Plaintiffs") and Defendant BOSLEY, INC. ("Defendant," and together with Plaintiffs, the "Parties"), by and through their respective undersigned attorneys, respectfully submit this Joint Notice ("Joint Notice") to advise the Court of a settlement in principle between the Parties, and requesting an order (1) setting January 7, 2022 as the deadline for Plaintiffs to file their Motion for Preliminary Approval; (2) taking off calendar Bosley's current responsive pleading deadline of December 1, 2021; and, (3) if the Court denies preliminary approval, resetting Bosley's responsive pleading deadline for thirty (30) days after the final denial of preliminary approval. Good cause exists for taking the requested action based on the following facts:

1) Plaintiffs Hashemi and Altes filed their Class Action Complaint ("Complaint") commencing the above-captioned action ("Action") on February 1, 2021. (Dkt. 1).

2) Plaintiffs Hashemi and Altes effectuated service of process upon Defendant in the Action on February 9, 2021.

3) Defendant's initial responsive pleading deadline was therefore March 2, 2021.

4) Plaintiffs Hashemi and Altes and Defendant thereafter stipulated, pursuant to L.R. 8-3, to extend Defendant's responsive pleading deadline to April 1, 2021. (Dkt. 13).

5) Thereafter, counsel for Plaintiffs Hashemi and Altes (M. Anderson Berry) advised counsel for Defendant that these plaintiffs intended to amend their Complaint to include additional plaintiffs and their claims. Additionally, Plaintiffs Hashemi and Altes and Defendant commenced good faith discussions regarding the possibility of informal resolution of the Action.

6) Plaintiffs Hashemi and Altes and Defendant therefore stipulated to further extend Defendant's responsive pleading deadline to April 30, 2021, in order

3

to allow time for counsel for Plaintiffs Hashemi and Altes to file a First Amended Class Action Complaint ("FAC"), and for these plaintiffs and Defendant to explore the possibility of informal resolution of the Action.  (Dkt. 14).

7) The Court approved the Parties' stipulation on April 15, 2021.  (Dkt. 15).

8) Thereafter, plaintiff Bowden filed a separate Class Action Complaint ("*Bowden* Complaint") arising out of the same alleged data breach that formed the basis of the Complaint on April 20, 2021.

9) By the time of filing of the *Bowden* Complaint, Plaintiffs Sandra Johnson-Foster, Gregory Boute, and Rafael Artime had engaged Mr. Berry to represent them in the Action.

10) Thereafter, counsel for all Plaintiffs decided to consolidate their respective clients' claims in the FAC to be filed in the Action, and to dismiss the *Bowden* Complaint without prejudice.

11) The Parties therefore stipulated to permit Plaintiffs to file the FAC pursuant to Federal Rule of Civil Procedure 15(a), and to set Defendants' responsive pleading deadline as thirty (30) days after filing of the FAC ("FAC Stipulation").  (Dkt. 16).

12) The Court approved the Parties' FAC Stipulation on May 3, 2021 (Dkt. 17), and Plaintiffs filed the FAC that same day.  (Dkt. 18).

13) Defendant's responsive pleading deadline was therefore June 2, 2021.

14) The Parties thereafter agreed to engage in a private mediation of Plaintiffs' claims in the Action, and stipulated to further extend Defendant's responsive pleading deadline to August 31, 2021 (Dkt. 22), which the Court approved on June 1, 2021.  (Dkt. 23).

15) The Parties thereafter engaged in two full-day private mediation sessions before mediator Bennett Picker of Stradley Ronon Stevens & Young, LLP on August 12 and August 27, 2021 (the "Mediation") but, while significant progress

was made, the Parties did not reach agreement on all aspects of a potential settlement of the Action on a class wide basis ("Settlement").

16) Between August 27, 2021 and the date of the filing of this Joint Notice, the Parties engaged in continued good-faith discussions regarding Settlement of the Action. The Parties filed (and the Court approved) stipulations to continue Defendant's responsive pleading deadline in order to facilitate the Parties' ongoing settlement discussions. (Dkts. 26, 27, 28, 29, 30, and 31). Pursuant to Court Order (Dkt. 31), Defendant's current responsive pleading deadline is December 1, 2021.

17) As a result of the Parties' good faith efforts set forth above, the Parties have now agreed, in principal, to Settlement of the Action on a class wide basis, subject to Court approval.

18) The Parties are currently finalizing the settlement agreement and supporting documents, and Plaintiffs anticipate that they will be able to file their Motion for Preliminary Approval on or before January 7, 2022.

WHEREFORE, based on the foregoing, the Parties respectfully request an order: (1) setting January 7, 2022 as the deadline for Plaintiffs to file their Motion for Preliminary Approval; (2) taking off calendar Bosley's responsive pleading deadline currently set for December 1, 2021; and, (3) if the Court denies preliminary approval, resetting Bosley's responsive pleading deadline for thirty (30) days after the final denial of preliminary approval.

Respectfully submitted,

Dated:  December 1, 2021        **BAKER & HOSTETLER LLP**

By:   /s/ Teresa C. Chow
         TERESA C. CHOW

*Attorneys for Defendant*
BOSLEY, INC.

Dated: December 1, 2021

**CLAYEO C. ARNOLD**
**A PROFESSIONAL LAW CORP.**

By: */s/ M. Anderson Berry*
M. ANDERSON BERRY

*Attorneys for Plaintiffs*
KEN HASHEMI, STEVE ALTES, SANDRA JOHNSON-FOSTER, GREGORY BOUTE, RAFAEL ARTIME, and JOHN BOWDEN

### L.R. 5-4.3.4 (a)(2)(i) ATTESTATION

I, Teresa C. Chow, attest that the other signatory listed, M. Anderson Berry, on whose behalf the foregoing Joint Notice is submitted, concurs in the Joint Notice's content and has authorized its filing.

*/s/ Teresa C. Chow*
Teresa C. Chow