# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN HASHEMI, STEVE ALTES, SANDRA JOHNSON-FOSTER, GREGORY BOUTE, RAFAEL ARTIME, and JOHN BOWDEN as individuals and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOSLEY, INC.,<br><br>Defendant. | Case No.: 2:21-cv-00946 PSG (RAOx)<br><br>**[PROPOSED] ORDER ON JOINT NOTICE OF SETTLEMENT**<br><br>[*Filed concurrently with Joint Notice*]<br><br>Case Filed:         02/09/21 |

Pursuant to the Parties' Joint Notice of Settlement, and for good cause shown, the Court hereby: (1) sets January 7, 2022 as the deadline for Plaintiffs to file their Motion for Preliminary Approval; (2) takes off calendar Bosley's responsive pleading deadline currently set for December 1, 2021; and, (3) if the Court denies preliminary approval, resets Bosley's responsive pleading deadline for thirty (30) days after the final denial of preliminary approval.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT COURT JUDGE