FILED
CLERK, U.S. DISTRICT COURT
12/02/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

LINK 37

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN HASHEMI, STEVE ALTES, SANDRA JOHNSON-FOSTER, GREGORY BOUTE, RAFAEL ARTIME, and JOHN BOWDEN as individuals and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOSLEY, INC.,<br><br>Defendant. | Case No.: 2:21-cv-00946 PSG (RAOx)<br><br>[~~PROPOSED~~] ORDER ON JOINT NOTICE OF SETTLEMENT<br><br>[*Filed concurrently with Joint Notice*]<br><br>Case Filed:           02/09/21 |

Pursuant to the Parties' Joint Notice of Settlement, and for good cause shown, the Court hereby: (1) sets January 7, 2022 as the deadline for Plaintiffs to file their Motion for Preliminary Approval; (2) takes off calendar Bosley's responsive pleading deadline currently set for December 1, 2021; and, (3) if the Court denies preliminary approval, resets Bosley's responsive pleading deadline for thirty (30) days after the final denial of preliminary approval.

**IT IS SO ORDERED.**

Dated:   12/02  , 2021                         _____
                                               HONORABLE PHILIP S. GUTIERREZ
                                               UNITED STATES DISTRICT COURT JUDGE