M. Anderson Berry (SBN 262879)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916)239-4778
Facsimile: (916) 924-1829
aberry@justice4you.com

Jeffrey S. Goldenberg (*pro hac vice*)
**GOLDENBERG SCHNEIDER, LPA**
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
Telephone: (513) 345-8297
Facsimile: (513) 345-8294
jgoldenberg@gs-legal.com

*Attorneys for Plaintiffs*

[additional counsel listed on signature page]

# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN HASHEMI, STEVE ALTES, SANDRA JOHNSON-FOSTER, GREGORY BOUTE RAFAEL ARTIME, and JOHN BOWDEN as individuals and all others similarly situated,<br><br>                Plaintiffs,<br>vs.<br><br>BOSLEY, INC.,<br><br>                Defendant. | Case No.: 2:21-cv-00946-PSG(RAOx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:       February 25, 2022<br>Time:       1:30 p.m.<br>Courtroom: 6A<br>Judge:      Hon. Philip S. Gutierrez |

   TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

   PLEASE TAKE NOTICE THAT on February 25, 2022, at 1:30 PM, or as soon thereafter as counsel may be heard, before the Honorable Philip S. Gutierrez,

1

at First Street Courthouse, 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012-4565, Plaintiffs will and hereby do move this Court, pursuant to Federal Rule of Civil Procedure 23, for an order granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

Plaintiffs base their Motion for Preliminary Approval of Class Action Settlement on: this Notice; the Memorandum of Points and Authorities filed in support thereof; the Settlement Agreement and Release ("Settlement Agreement") and all exhibits attached thereto; the Joint Declaration of M. Anderson Berry and Jeffrey S. Goldenberg in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Joint Decl."); all other records and papers on file in this action; any oral argument on the Motion; and all other matters properly before the Court.

Plaintiffs seek an order pursuant to Federal Rule of Civil Procedure 23(b)(3) certifying the Settlement Class more fully described in the Settlement Agreement, attached to the Joint Declaration as Exhibit 1; preliminarily approving the Settlement as fair, reasonable, and adequate; directing notice to be disseminated to the Settlement Class in the form and manner proposed by the parties as set forth in the Settlement Agreement and attached as exhibits B, C and D thereto; appointing CPT Group, Inc. to serve as the Settlement Administrator; appointing Plaintiffs as Class Representatives and the undersigned attorneys as Class Counsel; and setting a hearing date and schedule for final approval of the Settlement and consideration of Class Counsel's forthcoming motion for an award of fees, costs, expenses, and service awards.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place at the mediation on August 27, 2021, and at numerous times and on numerous dates thereafter.

PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT

| | |
|---|---|
| Date: January 7, 2022 | Respectfully Submitted, |
| | /s/ David K. Lietz |
| | David K. Lietz (*pro hac vice*) |
| | E-mail: dlietz@masonllp.com |
| | **MASON LIETZ & KLINGER LLP** |
| | 5301 Wisconsin Avenue, NW. Suite 305 |
| | Washington, DC 20016 |
| | Tel: (202) 429-2290 |
| | |
| | M. ANDERSON BERRY (SBN 262879) |
| | **CLAYEO C. ARNOLD,** |
| | **A PROFESSIONAL LAW CORP.** |
| | 865 Howe Avenue |
| | Sacramento, CA 95825 |
| | Tel: (916) 239-4778 |
| | Email: aberry@justice4you.com |
| | |
| | Jeffrey S. Goldenberg (*pro hac vice*) |
| | E-mail: jgoldenberg@gs-legal.com |
| | **GOLDENBERG SCHNEIDER, LPA** |
| | 4445 Lake Forest Drive, Suite 490 |
| | Cincinnati, OH 45242 |
| | Tel: (513) 345-8297 |
| | |
| | Charles E. Schaffer (*pro hac vice*) |
| | E-mail: cschaffer@lfsblaw.com |
| | **LEVIN SEDRAN & BERMAN, LLP** |
| | 510 Walnut Street, Suite 500 |
| | Philadelphia, PA 19106 |
| | Tel: (215) 592-1500 |
| | |
| | Ex Kano S. Sams II (SBN 192936) |
| | Email: esams@glancylaw.com |
| | **GLANCY PRONGAY & MURRAY LLP** |
| | 1925 Century Park East, Suite 2100 |
| | Los Angeles, California 90067 |
| | Tel: 310-201-9150 |
| | |
| | *Attorneys for Plaintiffs and the Proposed Classes* |