Thiago M. Coelho, SBN 324715
*thiago@wilshirelawfirm.com*
Carolin K. Shining, SBN 201140
*cshingng@wilshirelawfirm.com*
Jesse S. Chen, SBN 336294
*jchen@wilshirelawfirm.com*
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Objector-Plaintiffs and Proposed Class Counsel*

M. Anderson Berry, SBN 262879
*aberry@justice4you.com*
**CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829

Jeffrey S. Goldenberg (pro hac vice)
*jgoldenberg@gs-legal.com*
**GOLDENBERG SCHNEIDER, LPA**
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
Telephone: (513) 345-8297
Facsimile: (513) 345-8294

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN HASHEMI, STEVE ALTES, SANDRA JOHNSON-FOSTER, GREGORY BOUTE RAFAEL ARTIME, and JOHN BOWDEN as individuals and all others similarly situated,<br><br>         Plaintiffs,<br><br>   vs.<br><br>BOSLEY, INC.,<br><br>         Defendant. | Case No.: 2:21-CV-00946-PSG(RAOx)<br><br>Related to Case No. 21STCV22676<br>*Superior Court of California – Los Angeles County*<br><br>**STIPULATION REQUESTING APPROVAL OF PAYMENT TO OBJECTOR PURSUANT TO FRCP RULE 23(e)(5)(B)** |

1 **WHEREAS**, Jude Milson and Peter Henderson, by and through their counsel ("Objectors"), filed objections to the Settlement preliminarily approved by the Court (see ECF No. 56), and having had (through independent counsel) mutual, good faith, arms-length negotiations in an effort to resolve concerns that led them to file the Objection, Objectors have concluded and agree that notwithstanding the Objection, the Settlement is in the best interest of the Settlement Class, the Court's ruling in preliminarily approving the Settlement is correct and without error, and that the Settlement should be implemented in accordance with the previously filed proposed order.

**WHEREAS**, Objectors withdraw their Objections.

**WHEREAS**, the Parties agree that the Objections assisted in framing the issues for consideration by the Court in connection with settlement approval under Fed. Rule Civ. Pro. 23(e).

**WHEREAS**, pursuant to the Agreement attached hereto as Exhibit 1 ("Objector Agreement"), Co-Lead Class Counsel have agreed to reimburse Objector's counsel for his attorneys' fees and expenses incurred by reason of their participation in the settlement approval process in an amount of $15,000.00 (lodestar/multiplier: 0.75%; costs: $4,722.23), subject to Court approval (to be paid, if awarded, from any Court award of attorneys' fees and costs to Class Counsel in this matter).

**WHEREAS**, all provisions of the Objector Agreement are consistent with the terms of the Settlement preliminarily approved by the Court and do not in any way change any of its terms and conditions, or affect, reduce, or limit the relief available to the Class therein. Nothing in the Objector Agreement affects the Judgment and Orders issued in the Litigation, the Bosley Settlement Agreement, and any finding that the Bosley Settlement is fair, reasonable, and adequate.

///

///

**NOW THEREFORE**, subject to approval of the Court, the parties stipulate as follows:

1. Class Counsel shall pay Objector's counsel, the Wilshire Law Firm, the amount of $15,000 (lodestar/multiplier: 0.75%; costs: $4,722.23) as reimbursement of their attorneys' fees and expenses incurred pursuant to the terms and conditions of the Objector Agreement and the Court's approval.

2. The Parties hereby respectfully request approval of this payment pursuant to FRCP Rule 23(e)(5)(B).

Dated: November 7, 2022          Respectfully submitted,

/s/ *Carolin K. Shining*
Carolin K. Shining, Esq.
**WILSHIRE LAW FIRM, PLC**
*Attorneys for Objector-Plaintiffs and the Putative Class*

Dated: November 7, 2022          Respectfully submitted,

/s/ *Jeffrey S. Goldenberg*
Jeffrey S. Goldenberg, Esq.
**GOLDENBERG SCHNEIDER, LPA**
*Attorneys for Plaintiffs and the Proposed Class*