M. Anderson Berry (SBN 262879)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com

Jeffrey S. Goldenberg (*pro hac vice*)
**GOLDENBERG SCHNEIDER, LPA**
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
Telephone: (513) 345-8297
Facsimile: (513) 345-8294
jgoldenberg@gs-legal.com

*Attorneys for Plaintiffs*

[additional counsel listed on signature page]

# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN HASHEMI, STEVE ALTES, SANDRA JOHNSON-FOSTER, GREGORY BOUTE RAFAEL ARTIME, and JOHN BOWDEN as individuals and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>BOSLEY, INC.,<br><br>Defendant. | Case No.: 2:21-cv-00946-PSG(RAOx)<br><br>**NOTICE OF LODGING OF [PROPOSED] FINAL APPROVAL ORDER AND JUDGMENT** |

TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the attached [Proposed] Final Approval Order and Judgment is being filed in support of the Plaintiffs' Notice of Motion and Unopposed Motion For Final Approval of Class Action Settlement which is filed at ECF No. 57.

Date: November 18, 2022

Respectfully Submitted,

*/s/Jeffrey S. Goldenberg*
Jeffrey S. Goldenberg (*pro hac vice*)
**GOLDENBERG SCHNEIDER, LPA**
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
Tel: (513) 345-8297
Email: jgoldenberg@gs-legal.com

M. ANDERSON BERRY (SBN 262879)
**CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
(916) 777-7777
aberry@justice4you.com

David K. Lietz (*pro hac vice*)
Email: dlietz@masonllp.com
**MASON LIETZ & KLINGER LLP**
5301 Wisconsin Avenue, NW. Suite 305
Washington, DC 20016
Tel: (202) 429-2290

Charles E. Schaffer (*pro hac vice*)
Email: cschaffer@lfsblaw.com
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500

*Attorneys for Plaintiffs and the Proposed Classes*